IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
APR 2 5 2022

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUPERSEDING |
| | : | |
| v. | : | |
| | : | |
| ZARION NASIR ALFORD | : | 1:22CR16-1 |
| MARQUEZ TYRELL HOOKER | : | 1:22CR16-2 |

The Grand Jury charges:

COUNT ONE

On or about November 7, 2021, in the County of Forsyth, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ TYRELL HOOKER did unlawfully steal, take, and abstract from and out of a letter box located at 1995 Pleasant Street, Winston-Salem, North Carolina, which is an authorized depository for mail matter, a letter addressed to, BHS US Bank Corp. 2092 Fredrick Douglas Blvd. New York, New York, 10026, containing 4 United States Postal Service Money Orders, each in the amount of $1,000.00 and made payable to US Bank Corp.; in violation of Title 18, United States Code, Sections 1708 and 2.

COUNT TWO

On or about December 4, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ

TYRELL HOOKER, with intent to defraud, did pass and utter to the United States Postal Service at the Guilford Greensboro Station, Greensboro, North Carolina, as true and genuine, a forged and altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to ZARION NASIR ALFORD, then well knowing that said money order had been falsely forged and materially altered to be made payable to ZARION NASIR ALFORD; in violation of Title 18, United States Code, Sections 500 and 2.

## COUNT THREE

On or about December 4, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ TYRELL HOOKER, with intent to defraud, did pass and utter to Ace Cash Express, 946 E. Bessemer Avenue, Greensboro, North Carolina, as true and genuine, a falsely forged and materially altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to ZARION NASIR ALFORD, then well knowing that said money order had been falsely forged and materially altered to be made payable to ZARION NASIR ALFORD; in violation of Title 18, United States Code, Section 500 and 2.

## COUNT FOUR

On or about December 6, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ TYRELL HOOKER, with intent to defraud, did pass and utter to the United States Postal Service at the Friendly Greensboro Station, Greensboro, North Carolina, as true and genuine, a falsely forged and materially altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to MARQUEZ TYRELL HOOKER, then well knowing that said money order had been falsely forged and materially altered to be made payable to MARQUEZ TYRELL HOOKER; in violation of Title 18, United States Code, Sections 500 and 2.

## COUNT FIVE

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ TYRELL HOOKER did knowingly and unlawfully possess a key suited to locks adopted by the United States Postal Service, that being a United States Postal Service Arrow Key, key number 95 59015, such Arrow Key being suited to locks on United States Postal Service Collection Boxes, with the intent to use that key improperly and unlawfully; in violation of Title 18, United States Code, Sections 1704 and 2.

## COUNT SIX

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARON NASIR ALFORD and MARQUEZ TYLER HOOKER knowingly received, and unlawfully had in their possession a United States Postal Order in the amount of $1000.00 with the intent to convert to his use and use a falsely forged and materially altered money order provided by, and issued under the direction of the United States Postal Service, and payable in the United States in the amount of $1000.00 with the payee falsely forged and materially altered to be payable to MARQUEZ TYRELL HOOKER, then well knowing that said money order had been falsely forged and materially altered to be made payable to MARQUEZ TYRELL HOOKER; in violation of Title 18, United States Code, Sections 500 and 2.

## COUNT SEVEN

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ TYRELL HOOKER did make, utter and possess a counterfeit security of an organization that operated in and engaged in activities affecting interstate commerce, that is, a falsely counterfeited check from Bank of America, N.A., checking account ending in 2087 in the name of C&O Express, Inc in the amount of $7,800.25 and made payable to an individual whose initials are A.R.,

with the intent to deceive another person and organization; in violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT EIGHT

On or about December 13, 2021, in the County of Guilford, in the Middle District of North Carolina, ZARION NASIR ALFORD and MARQUEZ TYRELL HOOKER did make, utter and possess a counterfeit security of an organization that operated in and engaged in activities affecting interstate commerce, that is, a falsely counterfeited check from Wells Fargo, N.A., checking account ending in 4622 in the name of an individual whose initials are W.R. in the amount of $7,800.25 and made payable to an individual whose initials are I.I., with the intent to deceive another person and organization; in violation of Title 18, United States Code, Sections 513(a) and 2.

DATED: April 25, 2022

SANDRA J. HAIRSTON
United States Attorney

BY: FRANK J. CHUT, JR.
Assistant United States Attorney

A TRUE BILL:

FOREPERSON

5